UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHEN INGLE, by and through successors in interest, C.R.I. and by and through guardian ad litem, ELIZABETH LEAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00463-CDB<br><br>ORDER DIRECTING PLAINTIFF TO FILE A MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR C.R.I.<br><br>**May 10, 2024, Deadline** |

　　　Plaintiff C.R.I. initiated this action on behalf of the Estate of Stephen Ingle, with the filing of a complaint on April 17, 2024. (Doc. 1). The complaint states that Plaintiff brings this action by and through her purported guardian ad litem Elizabeth Leal. *Id*. Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

E.D. Cal. L.R. 202(a) (citing Fed. R. Civ. P. 17(c)).

　　　Because the claims of Plaintiff C.R.I. may only be brought "by a next friend or guardian ad litem," a guardian must be appointed by the Court to protect the minor's interests. *See* Fed. R.

1

Civ. P. 17(c)(2).  As of the date of entry of this Order, Plaintiff has presented neither "appropriate evidence of the appointment of a representative for the minor or incompetent person under state law" or a motion in this Court for the appointment of a guardian ad litem.

Accordingly, IT IS HEREBY ORDERED Plaintiff shall file no later than May 10, 2024, either (1) appropriate evidence of the appointment of a representative for Plaintiff C.R.I. in state court or (2) a motion for the appointment of a guardian ad litem for minor Plaintiff C.H. consistent with Fed. R. Civ. P. 17 and Local Rule 202.

IT IS SO ORDERED.

Dated:   **April 23, 2024**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE