UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SCOTT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00423-KES-CDB<br><br><br>ORDER RELATING AND REASSIGNING CASES |
| ESTATE OF STEPHEN INGLE, by and through successors in interest, C.R.I., by and through Guardian Ad Litem, Elizabeth Leal, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00463-JLT-CDB<br><br>**New Case No. 1:24-cv-00463-KES-CDB** |

　　Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules. "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

1

substantial savings of judicial effort." L.R. 123(a)(3).  Both cases arise from the same alleged wrongful death incident and involve claimants to the estate of Stephen Ingle.  *See* L.R. 123(a)(4).  The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Good cause appearing, the court finds the above-captioned cases are related and hereby ORDERS that Case No. 1:24-cv-00463-JLT-CDB be reassigned from District Judge Jennifer L. Thurston to District Judge Kirk E. Sherriff.  The caption on documents filed in the reassigned case shall show the new case number: 1:24-cv-00463-KES-CDB.

IT IS SO ORDERED.

Dated:   September 12, 2024

UNITED STATES DISTRICT JUDGE